STEWART W. CHAFFEE, Respondent, v. VLADIMIR KITTER, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LOUISE WEINGARTEN et al., Respondents, v. JANETTEL HOLDING CORPORATION, Appellant.— It appears upon the record that the attorney for the defendant-appellant herein died before the motion was made at Special Term or the appeal herein taken, and no order of substitution has been entered herein. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

DOROTHY FEINBERG, Respondent, v. SAMOSET SHELLFISH COMPANY, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ [Order denied defendant's motion to vacate judgment.]

LELAND D. POTTER et al., Respondents, et al., Plaintiffs, v. EMEROL MANUFACTURING COMPANY, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JEANNE ELIAS, Appellant, v. LEONARD ELIAS, Respondent.— The sum allowed by the court at Special Term was inadequate to support plaintiff and the child of the parties to this action. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FLORENCE E. HAYNES, Appellant, v. STEPHEN B. HAYNES, Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [Order denied motion to punish defendant for contempt.]

FLORENCE E. HAYNES, Appellant, v. STEPHEN B. HAYNES, Respondent.— The defendant, however, was not entitled to any credit for alimony payments in a larger amount made by him prior to the entry of the order of modification; for that reason we reverse the second order and grant plaintiff's motion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.